IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI


ANGELA BATES                          PLAINTIFF

v.                                                      CASE NO. 1:14cv224 -GHD-DAS

HANGER PROSTHETICS &
ORTHOTICS, INC., *et al.*                 DEFENDANTS


## ORDER DISMISSING ACTION
## BY REASON OF SETTLEMENT

The court has been advised by counsel that this action has been settled, or is in the

process of being settled. Therefore, it is not necessary that the action remain upon the calendar

of the court.

It is ORDERED that the action is DISMISSED without prejudice. The court retains

complete jurisdiction to vacate this order and to reopen the action upon cause shown that

settlement has not been completed and further litigation is necessary.

This __1st__ day of October, 2015.


                                                    _Glen H. Davidson_

                                                    Senior Judge